```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMON HENRIQUEZ,                              :
                                              :
                              Petitioner,     :
                                              :           1:18-cv-7913-GHW
               -against-                      :
                                              :                 ORDER
WILLIAM LEE, SUPERINTENDENT,                  :
EASTERN NY CORRECTIONAL FACILITY,             :
                                              :
                              Respondent.     :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/19

GREGORY H. WOODS, United States District Judge:

On June 27, 2019, Magistrate Judge Fox issued a Report and Recommendation recommending that Petitioner Ramon Henriquez's petition for a writ of habeas corpus be denied. Dkt. No. 19. Objections to the Report and Recommendation were due on July 15, 2019. To date, the Court has received no objections.

The Court has reviewed the Report and Recommendation for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court therefore accepts and adopts the Report and Recommendation in its entirety. Accordingly, Mr. Henriquez's petition for habeas corpus relief is denied.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Mr. Henriquez and to close the case.

SO ORDERED.

Dated: July 23, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge